No. 993, Misc. IN RE DISBARMENT OF LICHOTA. It is ordered that Edith Fischer Lichota, of Toledo, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within forty days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 39. PEREZ v. CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, 390 U. S. 942.] Motion of petitioner for appointment of counsel granted. It is ordered that *Peter G. Fetros, Esquire,* of San Francisco, California, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 53. KAUFMAN v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for transcription and certification of additional portions of record granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Bruce R. Jacob* on the motion. [For earlier orders herein, see, *e. g.,* 391 U. S. 901.]

No. 56. LEAR, INC. v. ADKINS. Sup. Ct. Cal. [Certiorari granted, 391 U. S. 912.] Motion of the Solicitor General for leave to participate in oral argument, as *amicus curiae,* granted and twenty minutes allotted for that purpose. A similar amount of time likewise allotted to counsel for respondent. *Solicitor General Griswold* for the United States on the motion.

No. 71. PRESBYTERIAN CHURCH IN THE UNITED STATES ET AL. v. MARY ELIZABETH BLUE HULL MEMORIAL PRESBYTERIAN CHURCH ET AL. Sup. Ct. Ga. [Certiorari granted, 392 U. S. 903.] Motion of Right Reverend John E. Hines, Presiding Bishop of the Protestant Episcopal Church in the United States of America, for leave to file a brief, as *amicus curiae,* granted.